**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



RTS

2:10-cr-1119-SJO

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 18 2024
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NIXIE        910    4E 1        7211/14
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 90012333299
23347N3191910-001

NEOPOST
11/06/2024
US POSTAGE $001.
FIRST-CLASS
ZIP 9

Case: 2:10cr1119  Doc: 1876

Antonio Donta Horsley REGNO59773-112
RRM LONG BEACH
1299 Seaside Avenue
SAN PEDRO, CA 90731

Case: 2:10cr1119  Doc: 1876

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/6/2024 at 9:39 AM PST and filed on 11/5/2024

| | |
|---|---|
| **Case Name:** | USA v. Thomas et al |
| **Case Number:** | 2:10-cr-01119-SJO |
| **Filer:** | |
| **Document Number:** | 1876 |

**Docket Text:**
**ORDER ORDER GRANTING EX PARTE APPLICATION FOR TERMINATION OF SUPERVISED RELEASE [1875] as to Antwoine Dwayne Redd (17) by Judge Dolly M. Gee: The Court GRANTS the application. IT IS HEREBY ORDERED that Redds term of supervised release is terminated, effectively immediately. IT IS SO ORDERED. (shb)**

**2:10-cr-01119-SJO-17 Notice has been electronically mailed to:**
Jenna Wrae Long   usacac.criminal@usdoj.gov, caseview.ecf@usdoj.gov, jenna.long@usdoj.gov
Marcia J Brewer   marciabrewer3@sbcglobal.net
Elizabeth R Yang   elizabeth.yang2@usdoj.gov, caseview.ecf@usdoj.gov
Antonio F Yoon   antonioyoon@att.net
David R. Evans   drevanslaw@gmail.com
Paul C Horgan   pchorgan@gmail.com
Dominic Cantalupo   dcantalupo@att.net
David J. Kaloyanides   djpk@rt2counsel.com
John D. Robertson   jdrlaw@hotmail.com
Drew Havens   drew_havens@fd.org
David Matthew Philips   davidphilips1944@gmail.com
Angel Navarro   angeljnavarro1964@gmail.com
Randolph S Collins   rcollins@cmcdefense.com
John Neil McNicholas   john@mcnicholaslawoffice.com
Matthew J. Lombard   mlombard@lombardlaw.net, elizabeth@lombardlaw.net
Stanley I Greenberg   stanmanlaw@aol.com
Kevin M. Lally   klally@buchalter.com
Kevin Robert Riva   krrlawoffices@yahoo.com
Stephen R. Kahn   srklaw7@sbcglobal.net, srklaw7@aol.com, claudiasrklaw@gmail.com
Shawn J. Nelson   caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, shawn.nelson@usdoj.gov